AO 93 (Rev. 11/13) Search and Seizure Warrant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Apr 21 2020

ARTHUR JOHNSTON, CLERK

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Gulf Coast Pharmaceuticals Plus, LLC<br>located at 995 North Halstead Road,<br>Ocean Springs, MS 39564 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   1:20mj 530-RHW

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Mississippi _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before     April 29, 2020     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Robert H. Walker _____ .
                                                                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     April 15, 2020  10:00AM                _____
                                                                                                          *Judge's signature*

City and state:      Gulfport, Mississippi                        Robert H. Walker, United States Magistrate Judge
                                                                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:20mj 530 - RHW | Date and time warrant executed:<br>4-17-2020 @ 8:30am | Copy of warrant and inventory left with:<br>Attorney Erich Nichols |
| Inventory made in the presence of :<br>SA Daniel Champney, SA Jason DuFault | | |

Inventory of the property taken and name of any person(s) seized:

- See attached "Evidence Collected item log"

- Documentary evidence, digital evidence

- See attached inventory of Personal Protective equipments seized.

    Approximate total PPE items seized include:

        • 6,536  N-95 masks

        • 8,950  KN-95 masks

        • 281,479 surgical masks / misc masks

        • 22,400 shoe covers

        • 21,850 gloves

        • 4,295 gowns

        • 170 lab coats + coveralls

        • 166 face shields + goggles

| Certification |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  4-21-2020

_____
Executing officer's signature

Special Agent Jason DuFault / FBI
_____
Printed name and title

## ATTACHMENT A

### Subject Premises to be Searched

Gulf Coast Pharmaceuticals Plus, LLC, located at 995 North Halstead Road, Ocean Springs, Jackson County, Mississippi, 39564 (Subject Premises).  The Subject Premises is a multi-building premises located on the East side of North Halstead Road.  There is an electronic gate located at the vehicle entrance into the parking lot.  There are three cream colored buildings (shown with red Xs) used by GCPP that are located on the Subject Premises.  The warrant is for the entire multi-building premises, including its curtilage and outbuildings, appurtenances, and attached and detached garages located on such curtilage, vehicles found within the Subject Premises, any and all computers, electronic media and devices, shipping cartons, boxes, and other closed and/or locked containers in the Subject Premises.  The Subject Premises is depicted in the below photographs.



Street View of Subject Premises



## ATTACHMENT B

### *Items to be Seized*

All items relating to violations of the statutes listed on the warrant whether printed or electronic

format for the period of December 1, 2019, through and including the present including:

### I.   Evidence, Fruits, and Instrumentalities of the Subject Offenses

1.    The items to be seized from the Premises identified in Attachment A (the

"Subject Premises") include all information and objects that constitute fruits, contraband,

evidence and instrumentalities of violations of 50 U.S.C. §§ 4512 and 4513 (the "Subject

Offense") involving any current or former owner, officer, employee, contractor, representative,

marketer or agent of Gulf Coast Pharmaceuticals Plus, LLC, including but not limited to Kenneth

Ritchey and Debra Ritchey, and any current or former owner, officer, employee, contractor,

representative or agent, and other participants and coconspirators in the Subject Offenses, known

and unknown, described as follows:

(a)    Personal protective equipment ("PPE") including but not limited to N95 respirator masks, KN95 respirator masks, surgical masks, ear loops masks, isolation gowns, and/or coveralls;

(b)    Information and objects relating to the shipping, import and export of products, including: manifests, bills of lading, air waybills, customs entry records and supporting documents, invoices, purchase orders, delivery orders, shipment notifications, and importation of PPE, including any and all communications sent or received by Gulf Coast Pharmaceuticals Plus, LLC employees in connection with the importation, storage, and resale of PPE, including but not limited to KN95 respirators;

(c)    Information and objects relating to marketing, advertising, selling, and offering the sale of PPE, including any and all communications sent or received by Gulf Coast Pharmaceuticals Plus, LLC employees in connection with marketing, advertising, selling, and offering the sale of PPE, including but not limited to KN95 respirators;

(d)    Information and objects relating to accounting and financial records, including: financial statements; general ledgers; profit/loss statements; payroll; wage records

and reporting; accounts receivable and payable; cash flow and cash management; cost of goods sold; business expenses; employee expense reimbursement; revenue and profit; purchase orders, invoices, bills, receipts and records of purchases or sales of any kind; financial reports and submissions, if they appear to relate to the importation and sale of PPE, including but not limited to KN95 respirators;

(e)     Evidence concerning occupancy or ownership of the Subject Premises, including without limitation, utility and telephone bills, mail envelopes, addressed correspondence, diaries, statements, identification documents, address books, and telephone directories.

(f)     Evidence of who used or owned any computer, electronic media or device, such as user accounts, logs, registry entries, internet usage records, usernames, logins, passwords, email addresses or online identities, billing, account, and subscriber records, chat room logs, chat records, membership in online groups, clubs or services, connections to online or remote computer storage, and electronic files.

(g)     Information and objects relating to the proceeds and use of proceeds of the Subject Offenses, including: bulk cash; cryptocurrencies (including for example Bitcoin, Ethereum, Monero) and related wallets, identifiers and access keys; ledgers; jewelry; real estate transaction records; deeds, loan records; foreign bank and investment accounts; securities; bearer bonds; art.

(h)     Information and objects relating to the state of mind of the participants in the Subject Offenses.

(i)     Information and objects relating to the whereabouts of the participants in the Subject Offenses.

2.     As used in this Attachment the terms "records" and "information" include all forms of creation or storage, including any form of computer or electronic storage (such as computer servers, flash drives, hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any aural or photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

**II.   Search and Seizure of Electronic Devices and Electronically Stored Information**

1.     The items to be seized from the Subject Premises also include any computer devices and storage media that may contain any electronically stored information

2

falling within the categories set forth in Section I of this Attachment above, including, but not limited to, desktop and laptop computers, disk drives, compact discs, thumb drives, personal digital assistants, smart phones, digital cameras, and scanners, as well as routers, modems, and network equipment used to connect to the Internet, to the extent such devices and media appear to be reasonably believed to be associated with Gulf Coast Pharmaceuticals Plus, LLC, Ken Ritchey, Debra Ritchey, or other representatives of Gulf Coast Pharmaceuticals Plus, LLC, or used in furtherance of the efforts to acquire and sell KN95 respirators.

2. In lieu of seizing any such computer devices or storage media, this warrant also authorizes the copying of such devices or media for preservation, to avoid spoliation, and to facilitate later review.

The items to be seized from the Subject Premises also include:

(a) Any items or records needed to access the data stored on any seized or copied computer devices or storage media, including but not limited to any physical keys, encryption devices, or records of login credentials, passwords, private encryption keys, or similar information.

(b) Any items or records that may facilitate a forensic examination of the computer devices or storage media, including any hardware or software manuals or other information concerning the configuration of the seized or copied computer devices or storage media.

(c) Any evidence concerning the identities or locations of those persons with access to, control over, or ownership of the seized or copied computer devices or storage media.

(d) Any and all books, manuals, guides, or other documents containing information about the operation and ownership of the seized or copied computer devices or storage media, including, but not limited to, computer, cellular telephone, and software user manuals.

(e) Any and all computer software, including programs to run operating systems, applications, utilities, compilers, interpreters, and communications programs.

FD-597 (Rev. 4-13-2015)                                                        Page __1__ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: ___709B - JN - 6129665___

On (date) ___04/17/2020___          item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) ___Gulf Coast Pharmaceuitcals Plus___

(Street Address) ___995 North Halstead___

(City) ___Ocean Springs, MS___

Description of Item (s): ___See attached___

Received By: _(Signature)_

Printed Name/Title: ___Daniel W. Champany___
___SA FBI___

Received From: _(Signature)_

Printed Name/Title: ___ERICA NICHOLS___
, subject to computer inventory
coming up

| Product | Manufacturer | Expiration Date | Boxes | Count per box | Total | Location |
|---|---|---|---|---|---|---|
| 3M N95 Particle Respirator | 3M | Sep-24 | 31 | 160 | 4960 | Front Door Entrance (2nd roll-up door) |
| TrueCare Gowns | Spectrum | | 1 | 50 | 50 | Front Door Entrance (2nd roll-up door) |
| Protect Life N95 Masks | | | 2 | 400 | 800 | Front Door Entrance (2nd roll-up door) |
| Safe T-Tread Shoe Cover | Precept 42131 | | 25 | 300 | 7500 | Front Door Entrance (2nd roll-up door) |
| Chemo Gowns | Covidien CT5504 | 10/31/2022 | 12 | 30 | 360 | Front Door Entrance (2nd roll-up door) |
| ISO-Med Gowns Chemoplus Poly-coated | | | 1 | 58 | 58 | Front Door Entrance (2nd roll-up door) |
| Kendall Gowns | CT5101 | | 10 | 30 | 300 | Front Door Entrance (2nd roll-up door) |
| 3M Surgical Masks | | | 3 | 50 | 150 | Left side of warehouse on cart |
| 3M 9010 | | | 2 | 50 | 100 | Shelf on left side of warehouse |
| Shoe Covers | Spectrum | | 18 | 150● *300* | 2700 | Shelf on left side of warehouse |
| Medline Gowns Chemoplus Chemo Gowns | | | 4 | 75 | 300 | Shelf on left side of warehouse |
| TruCare Gowns | | | 1 | 24 | 24 | Left side of warehouse on top shelf |
| TruCare Gowns | | | 12 | 50 | 600 | shelf |
| TruCare Gowns | | | 4 | 50 | 200 | Shelf on left side of cart |
| Epic Shoe Covers | | | 2 | 300 | 600 | Left side of warehouse on warehouse |
| Medline Gowns | | | 23 | 25 | 575 | Left side of warehouse on top shelf |

*(handwritten annotation near "150●": 300, with bracket noting "150 pairs = 300 (in.)")*

| Item | Qty | Units per | Total | Location |
|---|---|---|---|---|
| Pharma Shoe Covers | 8 | 150 | 1200 | Floor on right side of warehouse |
| Disposable face masks | 18 | 1000 | 18000 | Floor on right side of warehouse |
| Halyard Gowns | | | 10 | Floor on right side of warehouse |
| Sirus (Medline) Surgical Gowns | | | 202 | Floor on right side of warehouse |
| 3-Ply masks (made in China) | 74 | 2000 | 148000 | Floor on right side of warehouse |
| ISO Chemo Gowns | 4 | 50 | 200 | Floor on right side of warehouse |
| ISO-Med Gowns | 2 | 50 | 100 | Floor on right side of warehouse |
| Spectrum Shoe Covers | 1 | 50 | 50 | Floor on right side of warehouse |
| Surgical Gowns | 3 | 150 | 450 | Back wall on right side of warehouse |
| Surgical Gowns | | | 245 | warehouse |
| Sirus Gowns | | | 71 | Back wall on right side of warehouse |
| Face masks | 2500 | 3 | 7500 | Top shelf behind women's bathroom |
| Face masks | | | 29 | Shelf behind women's bathroom |
| Disposable face masks | 13 | 50 | 650 | Shelf behind women's bathroom |
| Cardinal Health face masks | 7 | 50 | 350 | Shelf behind women's bathroom |
| Halyard gloves | 3 | 2000 | 6000 | Shelf behind women's bathroom |
| 3M N95 masks | 19 | 20 | 380 | Shelf behind women's bathroom |

(handwritten annotation near the "150" value: "300" with arrow)

(handwritten note at right margin: "150 pairs = 300 units")

| Item | Spectrum | | | Location |
|---|---|---|---|---|
| ValuMax Shoe Covers | 19 | 300 | 5700 | Left side of warehouse on top shelf |
| Kendall Gowns | 2 | 30 | 60 | Left side of warehouse on lower shelf |
| Contec Chemo Gowns | 1 | 30 | 30 | Left side of warehouse on lower shelf |
| Medline Lab Jackets | 4 | 30 | 120 | Left side of warehouse on shelf |
| ChemoPlus Gowns | 4 | 24 | 96 | Left side of warehouse on shelf |
| Kleenguard White Coveralls | 2 | 25 | 50 | Left side of warehouse on shelf |
| Nitrile Gloves | 89 | 100 | 8900 | Shelf behind men's bathroom |
| Nitrile Gloves | 2 | 50 | 100 | Shelf behind men's bathroom |
| Essential Patient Gowns | | | 27 | Shelf behind men's bathroom / Top shelf behind women's bathroom |
| KN95 masks | 179 | 50 | 8950 | Top shelf behind women's bathroom |
| Caremates N95 masks | 1 | 3 | 3 | Shelf behind women's bathroom |
| GGS Gowns | 4 | 25 | 100 | Shelf behind women's bathroom |
| Cellucap Gowns | 2 | 25 | 50 | Shelf behind women's bathroom |
| Allcare Surgical face masks | 41 | 50 | 2050 | Floor on right side of warehouse |
| Halyard Exam Gloves | 25 | 250 | 6250 | Floor on right side of warehouse |
| Disposable face masks | 1152 | 50 | 57600 | Floor on right side of warehouse |
| Epic Shoe Covers | 15 | 300 | 4500 | Floor on right side of warehouse |

| Item | Boxes | Per box | Total | Location |
|---|---|---|---|---|
| 3M N95 masks (9010) | 6 | 50 | 300 | Shelf behind women's bathroom |
| HealthPro N95 | | | 90 | Shelf behind women's bathroom |
| HDX N95 | | | 3 | Shelf behind women's bathroom |
| Sirus Gowns | | | 22 | Shelf behind women's bathroom |
| Emerald masks | | | 100 | Shelf behind women's bathroom |
| Supple face masks | 8 | 2000 | 16000 | Room B |
| Face masks | 10 | 2000 | 20000 | Room B |
| Face masks | | | 5250 | Room B |
| Spectrum Goggles | | | 65 | Shelf behind women's bathroom |
| Exam Gloves | 6 | 100 | 600 | Shelf behind women's bathroom |
| Cardinal Health Insta-Gard masks | 1 | 50 | 50 | Shelf behind women's bathroom |
| Safe+ masks | 1 | 50 | 50 | Shelf behind women's bathroom |
| Midway masks | 1 | 50 | 50 | Shelf behind women's bathroom |
| Masks (random) | | | 5,550 | MISC from warehouse |
| Gowns | | | 165 | MISC from warehouse |
| Shoe Covers | | | 150 | MISC from warehouse |
| Face shields | | | 101 | MISC from warehouse |

| | |
|---|---|
| N95 masks: | 6536 |
| KN95 masks: | 8950 |
| All other masks: | 281,479 |
| Total masks: | 296965 |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 1

**Date:** 4/17/2020    **Case ID:** 209B-JN-6129665
**Location:** 995 N. HALSTEAD ROAD, OCEAN SPRINGS, MS
**Preparer/Assistants:** Daniel Champney

**Personnel (full names and initials):**
Daniel Champney ___   Drew Robinson ___   Dwayne Brewer ___   Glenn Kelly ___
Hailey Ivy ___   Joe Bignell ___   Nolan Gates ___   Randall Harper ___
Steve Fortunato ___

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name)) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | one bankers box containing letters, purchase orders, emails, ordering records, employee lists | F | 995 North Halstead | Glenn Kelly / Hailey Ivy | Cardboard Box | |
| 2 | one banker box containing licensing documents, bond documents, personal doocuments | H | 995 North Halstead | Drew Robinson / Steve Fortunato | Cardboard Box | |
| 3 | one bankers box containing Dec. 2019 invoices and credit card statements | I | 995 North Halstead | Drew Robinson / Steve Fortunato | Cardboard Box | |
| 4 | one bankers box containing invoices Jan - April 2020, credit card records | I | 995 North Hastead | Drew Robinson / Steve Fortunato | | |
| 5 | one bankers box containing credit card records, ACH records | I | 995 North Halstead | Drew Robinson / Steve Fortunato | Cardboard Box | |
| 6 | one bankers box containing invoices and account documents | I | 995 North Halstead | Drew Robinson / Steve Fortunato | Cardboard Box | |
| 7 | one bankers box containing invoices, stanard operating procedure manuals, | A | 995 North Halstead | Randall Harper / Joe Bignell | Cardboard Box | |